UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE CLARK,<br><br>    Petitioner,<br><br>    v.<br><br>SHAWN HATTON, Warden,<br><br>    Respondent. | NO. CV 17-5857-JVS (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: November 27, 2017

                                                   JAMES V. SELNA<br>                                            United States District Judge